**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| FREDERICK D. HARVEY,<br><br>　　　　Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL, *et al.*<br><br>　　　　Respondents. | Case no. 2:14-cv-01234-RFB-PAL<br><br>**ORDER** |

　　In this habeas corpus action, brought by Nevada prisoner Frederick D. Harvey, in an order entered on June 30, 2015, the court denied Harvey's application to proceed *in forma pauperis* and ordered him to pay the $5.00 filing fee or submit a new *in forma pauperis* application. *See* Order entered June 29, 2015 (ECF No. 2). The court granted Harvey 30 days -- until July 30, 2015 -- to take such action. *See id*. The court warned that failure to comply would result in the dismissal of this action. *See id*.

　　Harvey did not, by July 30, 2015, pay the filing fee or file a new application to proceed *in forma pauperis*, and he took no other action. Therefore, the court will dismiss this action without prejudice.

///

///

///

1 **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

2 **IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability.

3 **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

4 **IT IS FURTHER ORDERED** that the clerk of the court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, to the CM/ECF docket, as counsel for respondents. The clerk of court shall serve respondents with a copy of the habeas corpus petition (attached to the application to proceed *in forma pauperis* at ECF No. 1), a copy of the June 29, 2015 order (ECF No. 2), and a copy of this order. Respondents need take no action with respect to this case.

DATED this 12th day of August, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE